

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00504-CR
### NO. 02-14-00505-CR

OSCAR AGUILERAFERNANDEZ                                            APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1374347D, 1384081D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Oscar Aguilerafernandez[2] pleaded guilty to aggravated assault with a deadly weapon and assault on a family or household member in exchange for sentences of two years' confinement and five years' confinement,

---

[1]*See* Tex. R. App. P. 47.4.

[2]Although appellant signed some of his paperwork using Aguilera as his last name, we use the last name set out on his judgments of conviction.

respectively, and then filed notices of appeal. On December 19, 2014, we notified appellant that the trial court's certification of his right to appeal in each case stated that the cases were plea-bargain cases and that he had no right of appeal. We informed appellant that his appeals would be dismissed unless he or any party desiring to continue the appeals filed a response showing grounds for continuing them by December 29, 2014. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Having received no response, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 5, 2015